LORRAINE GRIEFF v. HAHNE'S DEPARTMENT STORE.

June 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ALFRED KUSHMIDER.

June 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE BARAKAT.

June 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL SCARAFILE.

June 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES TIPTON.

June 19, 1984.

Petition for certification denied.